[Nos. 1024-3; 1008-3.   Division Three.   May 6, 1975.]

RICKY SHARRAH, *Appellant,* v. LYLE SCHOOL DISTRICT No. 406 *et al, Respondents.*

THOMAS L. HULL *et al, Respondents,* v. LYLE SCHOOL DISTRICT No. 406 *et al, Appellants.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 10443, Ted Kolbaba, J., entered November

14, 1973. *Affirmed in part and reversed in part* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.